Laurence M. Rosen, Esq. (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Attorneys for Movant Wang Juan and Proposed Co-Lead Counsel for Plaintiffs*

[*additional counsel on signature page*]

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT FORD, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>vs.<br><br>NATURAL HEALTH TRENDS CORP., CHRIS T. SHARNG, and TIMOTHY S. DAVIDSON,<br><br>Defendants. | No. 2:16-cv-00255-TJH-AFM<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING APPOINTMENT OF LEAD PLAINTIFFS AND APPROVAL OF SELECTION OF COUNSEL**<br><br><u>CLASS ACTION</u><br><br>JUDGE: Hon. Terry J. Hatter, Jr.<br><br>Hearing Date: April 18, 2016<br>Time: UNDER SUBMISSION<br>CTRM: 17 – Spring St. Floor |

1

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING APPOINTMENT OF LEAD PLAINTIFFS
AND APPROVAL OF SELECTION OF COUNSEL – No. 2:16-cv-00255-TJH-AFM

| | |
|---|---|
| LIANGBIN LI, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>vs.<br><br>NATURAL HEALTH TRENDS CORP., CHRIS T. SHARNG, and TIMOTHY S. DAVIDSON,<br><br>Defendants. | No. 2:16-cv-00309-TJH-AFM<br><br>CLASS ACTION<br><br>JUDGE: Hon. Terry J. Hatter, Jr.<br><br>Hearing Date: April 18, 2016<br>Time: UNDER SUBMISSION<br>CTRM: 17 – Spring St. Floor |

WHEREAS, on January 12, 2016, plaintiff Robert Ford ("Ford") commenced a class action in the Central District of California against Natural Health Trends Corp. ("Natural Health Trends") and certain of its officers and directors, alleging violations of §§10(b) and 20(a) of the Securities Exchange Act of 1934;

WHEREAS, on January 12, 2016, pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA") 15 U.S.C. §78u-4 (a)(3)(A)(i), counsel for Ford caused to be published a "Notice" via a major newswire advising members of the purported Class of, *inter alia*, (1) the pendency of the action, (2) the claims asserted therein, (3) the purported Class Period, and (4) that not later than 60 days after the date on which the Notice was published, any member of the putative Class may move the court to serve as lead plaintiff of the Class;

1
2
3
4
WHEREAS, on January 14, 2016, plaintiff Liangbin Li ("Li") commenced a substantially similar action against Natural Health Trends and other individual defendants in this court, based on the same facts and circumstances alleged in the *Ford* Action and alleging the same violations of federal securities laws;

5
6
7
8
WHEREAS, on March 14, 2016, pursuant to Section 21D of the PSLRA, Wang Juan ("Juan"), who claims losses of approximately $203,274.51, filed a timely motion to consolidate the *Ford* and *Li* Actions, for appointment as lead plaintiff and approval of his choice of counsel as lead counsel;

9
10
11
12
WHEREAS, on March 14, 2016, pursuant to Section 21D of the PSLRA, Manh Dao ("Dao"), who claims losses of approximately $234,560.39, filed a timely motion to consolidate the *Ford* and *Li* Actions, for appointment as lead plaintiff and approval of his choice of counsel as lead counsel;

13
14
15
16
17
18
WHEREAS, on March 14, 2016, pursuant to Section 21D of the PSLRA, Brandon Stroh and Adriana Stroh, Jerry E. Carafello, and David Dunning (collectively, the "NHTC Investor Group"), who claim combined losses of approximately $173,894, filed a timely motion to consolidate the *Ford* and *Li* Actions, for appointment as lead plaintiff and approval of their choice of counsel as lead counsel;

19
20
21
22
WHEREAS, Juan, Dao, and the NHTC Investor Group have collectively agreed that, rather than continue to litigate their competing motions, it is in the best interest of the Class to amicably resolve the motions by entering into this Stipulation;

23
24
25
26
WHEREAS, the PSLRA, 15 U.S.C. §78u-4(a)(3)(B)(iii), provides, *inter alia*, that the "most adequate plaintiff" to serve as lead plaintiff is the person or group that has either filed a complaint or made a motion in response to a notice and has the largest financial interest in the relief sought by the Class;

27
28

WHEREAS, Juan and Dao (1) have each made a motion in response to a notice, and (2) to the best of their knowledge believe that they have the largest financial interest among Class members who filed timely applications for appointment as lead plaintiff in this case;

WHEREAS, the NHTC Investor Group agrees that Juan and Dao timely filed motions in response to the notice and possess the largest financial interest among Class members who filed applications for appointment as lead plaintiff;

WHEREAS, Juan and Dao have provided personally signed, sworn certifications which comply with the requirements of 15 U.S.C. §78u-4(a)(2) by setting forth, among other things, all of the specific transactions of each plaintiff in Natural Health Trends securities during the Class Period specified in the complaints;

WHEREAS, 15 U.S.C. §78u-4 (a)(3)(B)(iii)(I)(cc) provides that, in addition to possessing the largest financial interest in the outcome of the litigation, a lead plaintiff must "otherwise satisfy the requirements of Rule 23 of the Federal Rules of Civil Procedure," and Juan and Dao have each demonstrated adequacy as lead plaintiff because, consistent with 15 U.S.C. §78u 4(a)(3)(b)(iii)(I), each: (1) has made a timely motion for appointment as lead plaintiff, (2) has retained experienced and competent counsel to prosecute this case on behalf of the Class, (3) as a result of sustaining substantial financial losses from investments in Natural Health Trends securities, each is extremely motivated to pursue the claims in this action, and (4) Juan and Dao are not aware of any unique defenses defendants could raise against them that would render them inadequate to represent the Class or that they have any interests antagonistic to the Class;

WHEREAS, the claims of Juan and Dao further satisfy the requirements of Rule 23 and the PSLRA as their interests are closely aligned with those of the other Class members because each of their claims: (1) arise from the same event, practice

or course of conduct that gives rise to other Class members' claims, (2) are based on the same legal theory as other Class members' claims, and (3) are typical of the claims asserted by the Class because, like all members of the Class, Juan and Dao (i) each allege that defendants violated the Exchange Act by publicly disseminating false and misleading statements concerning Natural Health Trend's business, operations, and prospects, (ii) each sustained damages as a result of their respective purchases of Natural Health Trends securities during the Class Period at prices artificially inflated by defendants' alleged misrepresentations and omissions;

WHEREAS, 15 U.S.C. §78u-4(a)(3)(B)(iv) provides that, subject to the approval of the Court, the most adequate plaintiff will select and retain counsel to represent the Class, and Dao has retained Levi & Korsinsky, LLP as counsel and Juan has retained The Rosen Law Firm, P.A. as counsel, and Juan and Dao will retain these firms as lead counsel to pursue this litigation on behalf of the Class if they are appointed lead plaintiffs; thus the Class will receive the highest caliber of legal representation because each of these firms is experienced in class action and securities litigation and has successfully prosecuted securities fraud class actions on behalf of injured investors;

WHEREAS, Juan and Dao have collectively agreed to the selection of The Rosen Law Firm, P.A. and Levi & Korsinsky, LLP as co-lead counsel;

WHEREAS, the NHTC Investor Group and its counsel, Pomerantz LLP, do not oppose this stipulation;

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs Juan and Dao, through their undersigned attorneys and subject to this Court's approval, with respect to the appointment of lead plaintiffs and approval of lead counsel:

1. Plaintiffs Juan and Dao are appointed Lead Plaintiffs for the Class pursuant to the requirements of the PSLRA, 15 U.S.C. §78u-4(a)(3)(B); and

2. Plaintiffs Juan's and Dao's selections of counsel – The Rosen Law Firm, P.A. and Levi & Korsinsky, LLP –are approved as Co-Lead Counsel pursuant to 15 U.S.C. §78u-4(a)(3)(B)(v).

Dated: March __, 2016

/s/ Laurence Rosen
**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Attorneys for Movant Wang Juan and Proposed Co-Lead Counsel for Plaintiffs*

Dated: March 28, 2016

/s/ Adam C. McCall (with conent)
**LEVI & KORSINSKY LLP**
Adam C. McCall (SBN 302130)
445 South Figueroa Street, 31st Floor
Los Angeles, CA 90071
Tel: (213) 985-7290
Fax: (202) 333-2121
Email: amccall@zlk.com

**LEVI & KORSINSKY LLP**
Nicholas I. Porritt
Adam M. Apton
1101 30th Street NW, Suite 115
Washington, DC 20007
Tel: (202) 524-4290

|   |   |   |
|---|---|---|
| 1 |   | Fax: (202) 333-2121 |
| 2 |   | Email: nporritt@zlk.com |
|   |   | Email: aapton@zlk.com |
| 3 |   | *pro hac vice to be submitted* |
| 4 |   |   |
|   |   | *Attorneys for Movant Manh Dao and* |
| 5 |   | *Proposed Co-Lead Counsel for* |
| 6 |   | *Plaintiffs* |
| 7 | Dated: March 28, 2016 | /s/ Jennifer Pafiti (with consent) |
| 8 |   | **POMERANTZ, LLP** |
|   |   | Jennifer Pafiti (SBN 282790) |
| 9 |   | 468 North Camden Drive |
| 10 |   | Beverly Hills, CA 90210 |
|   |   | Telephone: (818) 532-6499 |
| 11 |   | E-mail: jpafiti@pomlaw.com |
| 12 |   |   |
| 13 |   | **POMERANTZ, LLP** |
|   |   | Jeremy A. Lieberman |
| 14 |   | J. Alexander Hood II |
| 15 |   | 600 Third Avenue, 20th Floor |
|   |   | New York, New York 10016 |
| 16 |   | Telephone: (212) 661-1100 |
| 17 |   | Facsimile: (212) 661-8665 |
|   |   | E-mail: jalieberman@pomlaw.com |
| 18 |   | E-mail: ahood@pomlaw.com |
| 19 |   |   |
| 20 |   | **POMERANTZ LLP** |
|   |   | Patrick V. Dahlstrom |
| 21 |   | Ten South La Salle Street, Suite 3505 |
| 22 |   | Chicago, Illinois 60603 |
|   |   | Telephone: (312) 377-1181 |
| 23 |   | Facsimile: (312) 377-1184 |
| 24 |   | E-mail: pdahlstrom@pomlaw.com |
|   |   | ***Attorneys for Plaintiff*** |
| 25 |   |   |
| 26 |   | *Attorneys for Movant NHTC Investor* |
|   |   | *Group* |
| 27 |   |   |
| 28 |   |   |

7

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING APPOINTMENT OF LEAD PLAINTIFFS
AND APPROVAL OF SELECTION OF COUNSEL – No. 2:16-cv-00255-TJH-AFM

# CERTIFICATE OF SERVICE

I, Laurence M. Rosen, hereby declare under penalty of perjury as follows:

I am the managing attorney of the Rosen Law Firm, P.A., with offices at 355 South Grand Avenue, Suite 2450, Los Angeles, CA 90071. I am over the age of eighteen.

On March 25, 2016, I electronically filed the following **JOINT STIPULATION AND [PROPOSED] ORDER REGARDING APPOINTMENT OF LEAD PLAINTIFFS AND APPROVAL OF SELECTION OF COUNSEL** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on March 25, 2016.

/s/ Laurence Rosen
Laurence M. Rosen