Name and address:

James P. Sullivan
King & Spalding LLP
401 Congress Avenue
Suite 3200
Austin, TX 78701
jsullivan@kslaw.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

ROBERT FORD, Individually and on behalf of all others similarly situated,

Plaintiff(s)

v.

NATURAL HEALTH TRENDS CORP., CHRIS T. SHARNG, and TIMOTHY S. DAVIDSON,

Defendant(s).

CASE NUMBER

2:16-cv-00255 TJH (AFM)

**APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** *PRO HAC VICE*

**INSTRUCTIONS FOR APPLICANTS**

(1) Complete Section I of this Application, sign the certification in Section II, and have your designated Local Counsel sign in Section III; **note that electronic signatures are not accepted**. Space to supplement your responses is provided in Section IV. Attach a Certificate of Good Standing (issued within the last 30 days) from every state bar to which you are admitted. Scan the completed and signed Application, with attachment(s), to a single Portable Document Format (PDF) file.

(2) Have your Local Counsel e-file your Application, using the Court's CM/ECF System, and submit a Proposed Order (using Form G-64 ORDER, available from the Court's website).

(3) Submit payment in the amount of $325 for each case in which you file an Application. Payment may be submitted at the time of e-filing through Pay.gov, or by delivering payment to the Clerk's Office (Attn: Fiscal) with a copy of the e-filed Application. If your payment is not received within 5 days of the filing of your Application, your Application may be rejected. You will not be allowed to participate as an attorney of record in this case until your payment is received.

**SECTION I - INFORMATION**

Sullivan, James P.
*Applicant's Name (Last Name, First Name & Middle Initial)*

King & Spalding LLP
*Firm Name*

401 Congress Avenue
Suite 3200
*Street Address*

Austin, TX 78701
*City, State, Zip Code*

512-457-2000
*Telephone Number*

512-457-2100
*Fax Number*

jsullivan@kslaw.com
*E-Mail Address*

**I have been retained to represent the following parties:**

Natural Health Trends Corp., Chris T. Sharng,    ☐ Plaintiff  ☒ Defendant  ☐ Other: _____
Timothy S. Davidson                              ☐ Plaintiff  ☒ Defendant  ☐ Other: _____
*Name(s) of Party(ies) Represented*

List all courts to which you have been admitted and the current status of your membership:

| Name of Court | Date of Admission | Active Member in Good Standing? (if not, please explain) |
|---|---|---|
| Supreme Court of the United States | 2010 | yes |
| U.S. Court of Appeals for the D.C. Circuit | 2008 | yes |
| U.S. Court of Appeals for the Third Circuit | 2012 | yes |
| U.S. Court of Appeals for the Fifth Circuit | 2009 | yes |

List all cases in which you have applied to this Court for *pro hac vice* status in the previous three years:

| *Case Number* | *Title of Action* | *Date of Application* | *Granted / Denied?* |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

If any *pro hac vice* applications submitted within the past three (3) years have been denied by the Court, please explain:

[ ]

Have you previously registered as a CM/ECF user in the Central District of California ?   ☐ Yes   ☒ No
If yes, was your CM/ECF User account associated with the e-mail address provided above?   ☐ Yes   ☐ No:

_____
*Previous E-Mail Used (if applicable)*

*You must be registered for the Court's Case Management/Electronic Case Filing ("CM/ECF") System to be admitted to practice pro hac vice in this Court. Submission of this Application will constitute your registration (or re-registration) as a CM/ECF User. If the Court signs an Order granting your Application, you will either be issued a new CM/ECF login and password, or the existing account you identified above will be associated with your case. Pursuant to Local Rule 5-3.2.2, registering as a CM/ECF User is deemed consent, for purposes of Fed. R. Civ. P. 5(b)(2)(E), to electronic service of documents through the CM/ECF System. You have the right to withhold or revoke your consent to electronic service at any time; simply complete and return a Central District Electronic Service Exemption Form (Form G-05, available from the Court's website). If the Court receives an Electronic Service Exemption Form from you, you will no longer receive notice by e-mail when Court orders or other documents are filed in cases in which you are counsel of record; instead, copies of such documents will be sent to you through the mail.*

SECTION II - CERTIFICATION

I declare under penalty of perjury that:
(1) All of the above information is true and correct.
(2) I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California.
(3) I am not currently suspended from and have never been disbarred from practice in any court.
(4) I am familiar with the Court's Local Civil and Criminal Rules, the Federal Rules of Civil and Criminal Procedure, and the Federal Rules of Evidence.
(5) I designate the attorney listed in Section III below, who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as local counsel pursuant to Local Rule 83-2.1.3.4.

Dated  April 18, 2016        James P. Sullivan
                             *Applicant's Name (please type or print)*

                             _____
                             *Applicant's Signature*

## SECTION III - DESIGNATION OF LOCAL COUNSEL

Bessette, Paul R.

*Designee's Name (Last Name, First Name & Middle Initial)*

King & Spalding LLP

*Firm Name*

633 West Fifth Street

Suite 1700

*Street Address*

Los Angeles, CA 90071

*City, State, Zip Code*

213-443-4345

*Telephone Number*

213-443-4310

*Fax Number*

pbessette@kslaw.com

*E-Mail Address*

139675

*Designee's California State Bar Number*

I hereby consent to the foregoing designation as local counsel.

Dated 4/18/2016

Paul R. Bessette

*Designee's Name (please type or print)*

/s/

*Designee's Signature*

## SECTION IV - SUPPLEMENT ANSWERS HERE (ATTACH ADDITIONAL PAGES IF NECESSARY)

List of Court Memberships (cont'd):

U.S. Court of Appeals for the Second Circuit - 2014 - yes
U.S. Court of Appeals for the Federal Circuit - 2008 - yes
U.S. District Court for the Western District of Texas - 2011 - yes
U.S. District Court for the Eastern District of Texas - 2015 - yes
U.S. District Court for the Northern District of Texas - 2015 - yes
U.S. District Court for the Southern District of Texas - 2015 - yes

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

April 13, 2016

Re: James Patrick Sullivan, State Bar Number 24070702

To Whom It May Concern:

This is to certify that Mr. James Patrick Sullivan was licensed to practice law in Texas on November 06, 2009, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues and attorney occupation tax; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.

No previous disciplinary sanctions have been entered against the attorney's law license.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,

*[signature]*

Linda A. Acevedo
Chief Disciplinary Counsel
LA/aa



P.O. BOX 12487, CAPITOL STATION, AUSTIN, TEXAS 78711-2487, 512.427.1350; FAX: 512.427.4167