**LEVI & KORSINSKY LLP**
Adam C. McCall (302130)
445 South Figueroa Street, 31st Floor
Los Angeles, CA 90071
Telephone: (202) 524-4290
Facsimile: (202) 337-1567
Email: amccall@zlk.com

*Co-Lead Counsel for Lead Plaintiffs*

[Additional counsel on signature page]

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT FORD, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NATURAL HEALTH TRENDS CORP., CHRIS T. SHARNG, TIMOTHY S. DAVIDSON, and GEORGE K. BROADY,<br><br>Defendants. | Case No. 2:16-cv-00255-TJH-AFMx<br><br>**STIPULATION REGARDING CASE MANAGEMENT ORDER** |

STIPULATION REGARDING CASE MANAGEMENT SCHEDULE

The parties submit the following stipulation for the Court's approval:

WHEREAS, on March 29, 2016, the Court appointed Wang Juan and Manh Dao as co-lead plaintiffs under the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §78u-4, and approved their respective counsel as co-lead counsel ("Plaintiffs");

WHEREAS, on April 29, 2016, Plaintiffs filed an amended complaint against Natural Health Trends Corp., Chris T. Sharng, Timothy S. Davidson, and George K. Broady ("Defendants");

WHEREAS, on June 15, 2016, Defendants filed a motion to dismiss Plaintiffs' amended complaint under Federal Rule of Civil Procedure 12(b)(6);

WHEREAS, on December 5, 2016, the Court denied Defendants' motion to dismiss;

WHEREAS, Defendants answered Plaintiffs' amended complaint on February 17, 2017;

WHEREAS, the parties have conducted a conference pursuant to Federal Rule of Civil Procedure 26(f) and Local Rule 26, and have agreed that the case is complex in nature and requires sufficient time to conduct discovery relating to class certification matters as well as fact discovery from parties located domestically and internationally;

WHEREAS, the Court has set a final pretrial conference for August 21, 2017, at 10:00 a.m.

WHEREAS, the parties respectfully state that they do not believe it is possible to complete discovery in time to hold a final pretrial conference on August 21, 2017, at 10:00 a.m., for the following reasons, among others:

- Plaintiffs will have to move for class certification, and anticipate that full briefing on their motion will take several months, as initial and expert reports will have to be submitted and experts and proposed class representatives, one of whom resides in China, deposed;

STIPULATION REGARDING CASE MANAGEMENT SCHEDULE
1

- Defendants anticipate that it will take substantial time to collect, review and produce documents in response to the Requests for Production Plaintiffs have served; and
- Plaintiffs anticipate that they may seek discovery in the People's Republic of China ("China") through letters rogatory. In Plaintiffs' Counsel's experience, it typically takes more than six months to obtain a response to letters rogatory in China.

WHEREAS, the parties submit the following schedule for the Court's approval which the parties believe will provide sufficient time to conduct discovery as well as file dispositive motions:

| Matter | Deadline |
|---|---|
| Deadline to amend pleadings | 6/16/17 |
| Plaintiffs' motion for class certification | 6/30/17 |
| Defendants' opposition to motion for class certification | 8/25/17 |
| Plaintiffs' reply in support of motion for class certification | 10/20/17 |
| Fact discovery deadline | 5/4/18 |
| Expert opening reports | 6/15/18 |
| Expert rebuttal reports | 7/18/18 |
| Expert discovery deadline | 8/15/18 |
| Summary judgment motions | 9/16/18 |
| Opposition to summary judgment motions | 11/14/18 |
| Replies in support of summary judgment motions | 12/14/18 |
| Final pre-trial conference | 1/14/19 at 10:00 a.m. |

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, subject to Court approval, as follows:

1. The above schedule will serve as the case management schedule and discovery plan in this matter;

STIPULATION REGARDING CASE MANAGEMENT SCHEDULE

2

1  2. The final pre-trial conference scheduled for August 21, 2017 at 10:00
2 a.m. is vacated and rescheduled for January 14, 2019 at 10:00 a.m. or such other date
3 and time as may be convenient for the Court.

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION REGARDING CASE MANAGEMENT SCHEDULE
3

**LOCAL RULE 5-4.3.4(a)(2)(i) STATEMENT**

I, Adam C. McCall, attest that all signatories, and all those on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

AGREED TO AND ACCEPTED, this 29th day of March, 2017.

ADAM C. MCCALL
LEVI & KORSINSKY LLP

By: */s/ Adam C. McCall*
       Adam C. McCall

JONATHAN HORNE
THE ROSEN LAW FIRM, P.A.

By: */s/ Jonathan Horne*
       Jonathan Horne

*Attorneys for Plaintiffs*

AGREED TO AND ACCEPTED, this 29th day of March, 2017.

PATRICK E. GIBBS
ANGELA L. DUNNING
COOLEY LLP

By: */s/ Angela L. Dunning*
       Angela L. Dunning

*Attorneys for Defendants*