**LEVI & KORSINSKY LLP**
Adam C. McCall (302130)
445 South Figueroa Street, 31st Floor
Los Angeles, CA 90071
Telephone: (202) 524-4290
Facsimile: (202) 337-1567
Email: amccall@zlk.com

*Co-Lead Counsel for Lead Plaintiffs*

[Additional counsel on signature page]

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT FORD, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NATURAL HEALTH TRENDS CORP., CHRIS T. SHARNG, TIMOTHY S. DAVIDSON, and GEORGE K. BROADY,<br><br>Defendants. | Case No. 2:16-cv-00255-TJH-AFMx<br><br>**STIPULATION TO EXTEND DEADLINES AND STAY CASE WHILE PARTIES NEGOTIATE POTENTIAL SETTLEMENT OF CLAIMS** |

STIPULATION TO EXTEND DEADLINES AND STAY CASE

The parties submit the following stipulation for the Court's approval:

WHEREAS, on March 29, 2016, the Court appointed Wang Juan and Manh Dao as co-lead plaintiffs under the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §78u-4, and approved their respective counsel as co-lead counsel ("Plaintiffs");

WHEREAS, on April 29, 2016, Plaintiffs filed an amended complaint against Natural Health Trends Corp., Chris T. Sharng, Timothy S. Davidson, and George K. Broady ("Defendants");

WHEREAS, on June 15, 2016, Defendants filed a motion to dismiss Plaintiffs' amended complaint under Federal Rule of Civil Procedure 12(b)(6);

WHEREAS, on December 5, 2016, the Court denied Defendants' motion to dismiss;

WHEREAS, Defendants answered Plaintiffs' amended complaint on February 17, 2017;

WHEREAS, following the parties' conference pursuant to Federal Rule of Civil Procedure 26(f) and Local Rule 26 and submission of an agreed-upon case management schedule, the Court issued an Order on April 14, 2017 setting deadlines for the management of this case (ECF No. 83);

WHEREAS, the parties have recently commenced settlement negotiations and respectfully request that all pending deadlines be extended and the case be stayed in its entirety for a period of thirty (30) days while the parties attempt to resolve this matter;

WHEREAS, the parties agree that the requested extension and stay would allow further settlement negotiations to occur while avoiding unnecessary expense associated with further litigation pertaining to class certification and/or discovery;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, subject to Court approval, as follows:

1. All deadlines in the Court's April 14, 2017 Order shall be extended by and the case shall be stayed for a period of thirty (30) days;

2. The parties shall notify the Court promptly if they reach a tentative resolution of their dispute; and

3. The parties will jointly prepare and file with the Court a stipulation seeking to extend the stay if settlement discussions have not terminated or produced a tentative settlement by the end of the initial 30-day stay period.

## **LOCAL RULE 5-4.3.4(a)(2)(i) STATEMENT**

I, Adam C. McCall, attest that all signatories, and all those on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

AGREED TO AND ACCEPTED, this 29 day of June, 2017.

ADAM C. MCCALL
LEVI & KORSINSKY LLP

By: */s/ Adam C. McCall*
            Adam C. McCall

JONATHAN HORNE
THE ROSEN LAW FIRM, P.A.

By: */s/ Jonathan Horne*
            Jonathan Horne

*Attorneys for Plaintiffs*

AGREED TO AND ACCEPTED, this 29 day of June, 2017.

ANGELA L. DUNNING
COOLEY LLP

By: */s/ Angela L. Dunning*
            Angela L. Dunning

*Attorneys for Defendants*

STIPULATION TO EXTEND DEADLINES AND STAY CASE
2