UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT FORD, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NATURAL HEALTH TRENDS CORP., CHRIS T. SHARNG, TIMOTHY S. DAVIDSON, and GEORGE K. BROADY,<br><br>Defendants. | Case No.<br>2:16-cv-00255-TJH-AFMx<br><br>**ORDER CONTINUING STAY WHILE PARTIES FINALIZE SETTLEMENT DOCUMENTATION [88]** |

ORDER CONTINUING STAY

1. Upon review of the parties' stipulation, and for good cause shown, the Court orders as follows:

1. All deadlines in the Court's April 14, 2017 Order (ECF No. 83) shall be extended by and the case shall remain stayed for a period of sixty (60) days from the date of entry of this Order to allow the parties to negotiate and prepare a written settlement agreement and related settlement documentation; and

2. The parties shall work diligently to complete the necessary settlement documentation and will promptly submit it to the Court for preliminary approval.

IT IS SO ORDERED.

DATED: July 25, 2017

HON. TERRY J. HATTER, JR.
UNITED STATES DISTRICT JUDGE