1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ROBERT FORD, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>vs.<br><br>NATURAL HEALTH TRENDS CORP., CHRIS T. SHARNG, and TIMOTHY S. DAVIDSON,<br><br>Defendants. | Case No. 2:16-cv-00255-TJH-AFMx<br><br>**ORDER MODIFYING PRELIMIARY APPROVAL ORDER [98]** |

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Upon review of the parties' stipulation, and for good cause shown, the Court orders as follows:

1. The Notice Date in the Court's Preliminary Approval Order dated November 16, 2017 (Dkt. No 97, paragraph 9) shall be modified to: no later than eighteen (18) calendar days after entry of this Order.

2. The date of the Final Approval Hearing described in the Preliminary Approval Order shall be modified to: April 2, 2018 at 10:00 a.m.

IT IS SO ORDERED.

DATED: January 4, 2018

*Terry J. Hatter, Jr.*

Hon. Terry J. Hatter, Jr.,
United States District Judge

ORDER MODIFYING PRELIMINARY APPROVAL ORDER