# EXHIBIT "B"

## MODIFIED PLAN OF ALLOCATION

The modified Plan of Allocation provides Settlement Class Members with a Recognized Loss for shares held over January 7, 2016. All other terms remain the same.

| CLAIM AMOUNT | | SOLD | | | | |
|---|---|---|---|---|---|---|
| | | 3/6/2015 - 12/27/2015 | 12/28/2015 - 1/6/2016 | 1/7/2016- 1/10/2016 | 1/11/2016 - 3/15/2016 | After 3/15/2016 |
| PURCHASED | 3/6/2015 - 12/27/2015 | $0/share | $5.78/share | $7.52/share | $10.25/share | $12.68/share |
| | 12/28/2015 - 1/6/2016 | N/A | $0/share | $1.74/share | $4.47/share | $6.90/share |
| | 1/7/2016- 1/10/2016 | N/A | N/A | $0/share | $2.73/share | $5.16/share |
| | 1/11/2016 - 3/15/2016 | N/A | N/A | N/A | $0/share | $2.43/share |