<u>REQUEST FOR NAMES AND ADDRESSES OF CLASS MEMBERS</u>

**STRATEGIC CLAIMS SERVICES**
600 N. JACKSON STREET, SUITE 3
MEDIA, PA 19063
PHONE: (610) 565-9202   EMAIL: info@strategicclaims.net   FAX: (610) 565-7985

January 18, 2018

This letter is being sent to all entities whose names have been made available to us, or which we believe may know of potential class members.

**We request that you assist us in identifying any individuals who fit the following description:**

ALL PERSONS OR ENTITIES WHO PURCHASED NATURAL HEALTH TRENDS CORP. ("NHTC") SECURITIES BETWEEN MARCH 6, 2015 AND MARCH 15, 2016, INCLUSIVE, AND WHO WERE DAMAGED THEREBY.

Excluded from the Settlement Class are Defendants; members of the Defendants' immediate families; officers, directors, and subsidiaries of NHTC; any firm, entity, or corporation wholly owned by any Defendant and/or any member(s) of a Defendant's immediate family; any trust of which a Defendant is the settlor or which is for his benefit and/or that of any member of his immediate family; and the legal representatives, heirs, or successors-in-interest of NHTC and the Individual Defendants.

**The information below may assist you in finding the above requested information.**

| <u>In re Natural Health Trends Corp. Sec. Litig.</u><br>**No. 2:16-cv-00255-TJH-AFM**<br>Exclusion Deadline: March 12, 2018<br>Objection Deadline: March 12, 2018<br>Claim Filing Deadline: May 12, 2018<br>Fairness Hearing: April 2, 2018 | Cusip Number: 63888P406 |
|---|---|

<u>**PER COURT ORDER, PLEASE RESPOND WITHIN 10 DAYS FROM THE DATE OF THIS NOTICE**</u>

Please comply in one of the following ways:
1. If you have no beneficial purchasers/owners, please so advise us in writing; or
2. Supply us with the names and addresses of your beneficial purchasers/owners and we will do the mailing of the Notice and Proof of Claim and Release. Please provide us this information electronically. If you are not able to do this, labels will be accepted but it is important that a hardcopy list also be submitted of the names of your clients; or
3. Advise us of how many beneficial purchasers/owners you have and we will supply you with ample forms to do the mailing.

**You are able to bill us for any reasonable cost not to exceed $0.10 per name and address plus postage expenses, if applicable. If you believe your invoice will be more than the allowed amount, please contact our office.**

**All invoices must be received within 30 days of this letter.**

You are on record as having been notified of this legal matter. A copy of the Notice of Proposed Class Action Settlement and Proof of Claim and Release Form is available on our website at www.strategicclaims.net. You can also request a copy via email at info@strategicclaims.net.

Thank you for your prompt response.

Sincerely,

Claims Administrator
In re Natural Health Trends Corp. Sec. Litig.