# INVESTOR'S BUSINESS DAILY

## Affidavit of Publication

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

Name of Publication: IBD Weekly
Address: 12655 Beatrice Street
City, State, Zip: Los Angeles, CA 90066
Phone #: 310.448.6700
State of: California
County of: Los Angeles

I, __Kathleen Murray__ for the publisher of __IBD Weekly__, published in the city of __Los Angeles__, state of __California__, county of __Los Angeles__ hereby certify that the attached notice(s) for __Strategic Claims Services/Natural Health Trends Corporation__ was printed in said publication on the following date(s):

**JANUARY 22, 2018**

State of California

County of __Los Angeles__

Subscribed and sworn to (or affirmed) before me on this __23rd__ day of __January__, 20__18__, by _____, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature _____ (Seal)

RICHARD C. BRAND II
COMM. # 2098295
NOTARY PUBLIC - CALIFORNIA
LOS ANGELES COUNTY
COMM. EXPIRES FEB. 25, 2019

| 36 Mos Performance Rating | Fund | 2018 % Chg | 12 Wk % Chg | 5 Yr After Tax % | Net Asset Value | NAV Chg |
|---|---|---|---|---|---|---|
| | $ 8.9 bil 800-966-4354 | | | | | |
| A+ | JapanInst | +5 | +13 | +127 | 37.64n | -.42 |
| A+ | JapanInv | +5 | +13 | +124 | 36.63n | -.41 |
| A+ | SmallCap | [illegible] | [illegible] | [illegible] | 15.20n | -.11 |
| A+ | SmallCap | [illegible] | [illegible] | +102 | 25.21n | -.20 |
| | **Hirtle Callaghan** | | | | | |
| | $ 3.6 bil 877-435-8105 | | | | | |
| A+ | HCGrowEqStr | +5 | +10 | +98 | 23.33n | +.00 |
| | **Hodges** | | | | | |
| | $ 1.0 bil 866-811-0224 | | | | | |
| A | Retail | +7 | +21 | +134 | 53.20n | +.04 |
| | **Homestead** | | | | | |
| | $ 3.0 bil 800-258-3030 | | | | | |
| A- | Value | +4 | +10 | +98 | 57.67n | -.04 |
| | **IcmSeries** | | | | | |
| | $ 768 mil 410-539-3838 | | | | | |
| A+ | ICMSmCo | +3 | +4 | +85 | 33.92n | -.24 |
| A | † *IntlGrwInst* | +3 | +8 | +68 | 16.29n | -.01 |
| | **Invesco Funds** | | | | | |
| | $ 37.6 bil 800-959-4246 | | | | | |
| C | DiverseDiv b | +2 | +4 | +74 | 20.67n | -.05 |
| A- | SmlCapGr | +5 | +10 | +91 | 41.01n | -.03 |
| A | TechFndIns | +8 | +11 | +85 | 47.36n | +.15 |
| | **Invesco Funds A** | | | | | |
| | $ 144 bil 800-959-4246 | | | | | |
| C | DiverseDiv | +2 | +4 | +74 | 20.68 | -.05 |
| A+ | EuroSmCo m | +4 | +8 | +73 | 17.23 | +.02 |
| **A-** | **S&P500IdxA** | **+5** | **+10** | **+98** | **30.24** | **-.04** |
| A- | SmlCapGr | +5 | +9 | +90 | 39.02 | -.02 |
| A | TechFndA b | +8 | +11 | +85 | 47.63 | +.15 |
| | **Invesco Funds B** | | | | | |
| | $ 136 bil 800-959-4246 | | | | | |
| C- | DiverseDiv m | +2 | +4 | +70 | 20.45n | -.04 |
| A+ | EuroSmCo | +4 | +7 | +68 | 16.09n | +.01 |
| A | TechFndB m | +8 | +11 | +77 | 40.52n | +.12 |
| | **Invesco Funds C** | | | | | |
| | $ 132 bil 800-959-4246 | | | | | |
| C- | DiverseDiv m | +2 | +4 | +70 | 20.42n | -.05 |
| A+ | EuroSmCo m | +4 | +7 | +68 | 16.12n | +.02 |
| A | TechFndC | +8 | +11 | +76 | 38.76n | +.12 |
| | **Invesco Funds P** | | | | | |
| | $ 2.2 bil 800-959-4246 | | | | | |
| A | SumFndP | +6 | +11 | +103 | 21.14n | +.04 |
| | **Invesco Funds R** | | | | | |
| | $ 3.9 bil 800-959-4246 | | | | | |
| A- | SmlCapGr | +5 | +9 | +87 | 36.16n | -.02 |
| | **Invesco Funds Y** | | | | | |
| | $ 14.7 bil 800-959-4246 | | | | | |
| A- | DiscplEq | +6 | +12 | +96 | 20.30n | -.03 |
| A- | S&P500Idx | +5 | +10 | +99 | 30.58n | -.05 |
| | **Invesco Instl** | | | | | |
| | $ 24.6 bil 800-959-4246 | | | | | |
| | $ 244 bil 800-480-4111 | | | | | |
| E | CoreBond | -1 | +0 | +6 | 11.49n | -.03 |
| A- | EmrgMktsEq | +5 | +13 | [illegible] | 78.36n | [illegible] |
| A+ | EquityInc | +3 | +10 | +86 | 42.90n | -.07 |
| A+ | GrAdvSel r | +6 | +11 | +130 | 21.48n | +.04 |
| A | IntrepidGr | +6 | +12 | +120 | 60.31n | -.04 |
| A+ | LgCapGr | +8 | +14 | +105 | 40.92n | +.04 |
| A | LgCapVal | +5 | +12 | +94 | 16.31n | -.04 |
| A | MktExpIdx | +3 | +7 | +86 | 11.83n | -.07 |
| A+ | SmallGr | +3 | +11 | +111 | 18.26n | -.05 |
| A | SmlCapEq | +3 | +6 | +92 | 58.67n | -.23 |
| A- | USEquity | +5 | +11 | +93 | 17.12n | -.02 |
| | **Kinetics Funds** | | | | | |
| | $ 2.6 bil 800-930-3828 | | | | | |
| A | ParadigmNL | +7 | +18 | +102 | 51.90n | +.92 |
| A | ParadigmIns | +7 | +18 | +104 | 52.22n | +.92 |
| | **Laudus Rosenberg** | | | | | |
| | $ 3.7 bil 800-447-3332 | | | | | |
| A- | IntlMktMs | +5 | +9 | +50 | 27.80n | +.03 |
| | **LaudusFunds** | | | | | |
| | $ 1.8 bil 800-447-3332 | | | | | |
| A+ | GrInvUSLgGr | +7 | +13 | +69 | 20.73n | +.04 |
| | **Lazard Instl** | | | | | |
| | $ 45.0 bil 800-823-6300 | | | | | |
| A | DevlpMrkt | +4 | +10 | +20 | 15.12n | -.02 |
| A+ | GlbLstInfr | 0 | -1 | +93 | 15.99n | -.10 |
| | **Lazard Open** | | | | | |
| | $ 34.8 bil 800-823-6300 | | | | | |
| A | DevMkEq | +4 | +10 | +19 | 15.09n | -.02 |
| A+ | GlbLstInfr | 0 | -1 | +91 | 16.00n | -.11 |
| | **Legg Mason A** | | | | | |
| | $ 47.1 bil 800-822-5544 | | | | | |
| A+ | CBLgCpGrA | +6 | +12 | +118 | 43.08 | -.02 |
| A- | S&P500IdxA | +5 | +10 | +95 | 26.37n | -.04 |
| | **Legg Mason C** | | | | | |
| | $ 44.1 bil 800-822-5544 | | | | | |
| A | CBLgCapGr | +6 | +12 | +108 | 34.75n | -.03 |
| | **Legg Mason FI** | | | | | |
| | $ 2.8 bil 800-822-5544 | | | | | |
| A- | ClrBrdg | +3 | +5 | +88 | 59.88n | -.18 |
| | **Legg Mason I** | | | | | |
| | $ 68.8 bil 800-822-5544 | | | | | |
| A+ | CBLgCapGr | +6 | +12 | +122 | 47.69n | -.03 |
| A- | SmlCapI | +3 | +5 | +92 | 62.70n | -.20 |
| | **Loomis Syls** | | | | | |
| | $ 32.5 bil 800-633-3330 | | | | | |
| A- | SmCapGrInst | +4 | +7 | +91 | 26.37n | -.02 |
| | **Lord Abbett A** | | | | | |
| | $ 115 bil 888-522-2388 | | | | | |
| A | GrowthLdrs | +6 | +12 | +111 | 29.52 | +.04 |
| A+ | IntlOpps | +4 | +9 | +74 | 21.59 | -.05 |
| E | ShrtDurInc | 0 | +0 | | 4.24 | +.00 |
| A- | IntlVal | +3 | +8 | +70 | 42.60n | -.02 |
| A+ | Technology | +7 | +10 | +132 | 34.06n | +.12 |
| B- | Value | +4 | +7 | +84 | 41.95n | -.08 |
| | **MFS Funds C** | | | | | |
| | $ 161 bil 800-225-2606 | | | | | |
| A | Growth | +6 | +10 | +99 | 76.83n | +.13 |
| A+ | Technology | +7 | +10 | +132 | 33.99n | +.12 |
| B- | Value | +4 | +7 | +84 | 41.67n | -.08 |
| | **MFS Funds I** | | | | | |
| | $ 135 bil 800-225-2606 | | | | | |
| A+ | Growth | +6 | +10 | +110 | 100.97n | +.17 |
| A- | IntlNwDs | +4 | +9 | +55 | 37.01n | -.12 |
| A- | MAInvGrStk | +5 | +10 | +92 | 30.00n | +.00 |
| A- | MassInvTr | +5 | +10 | +88 | 32.82n | +.02 |
| A | MidCapGr | +5 | +7 | +99 | 17.71n | +.00 |
| A- | Research | +4 | +8 | +88 | 45.05n | +.00 |
| B+ | Value | +4 | +7 | +90 | 42.40n | -.08 |
| | **Morgan Stan** | | | | | |
| | $ 5.5 bil 888-454-3965 | | | | | |
| A+ | MltiCpOpps | +6 | +12 | +110 | 25.10n | -.10 |
| | **Morgan Stan A** | | | | | |
| | $ 1.6 bil 888-454-3965 | | | | | |
| A+ | MltiCpGrt | +6 | +12 | +120 | 33.81 | -.14 |
| | **Morgan Stan B** | | | | | |
| | $ 1.6 bil 888-454-3965 | | | | | |
| A+ | MltiCpGrt | +6 | +12 | +107 | 24.78n | -.10 |
| | **Morgan Stan I** | | | | | |
| | $ 1.4 bil 888-454-3965 | | | | | |
| A+ | MltiCpGrt | +6 | +13 | +125 | 37.17n | -.16 |
| | **Morgan Stan Ins** | | | | | |
| | $ 25.0 bil 888-454-3965 | | | | | |
| A+ | CapGrI | +6 | +11 | +131 | 44.29n | +.01 |
| A+ | CapGrP | +6 | +11 | +128 | 42.29 | +.01 |
| A | GlbFranchI | +3 | +8 | +68 | 25.35n | -.06 |
| | **Nationwide** | | | | | |
| | $ 1.4 bil 800-321-6064 | | | | | |
| **A-** | **NatnWdeSVC** | **+5** | **+8** | **+89** | **25.76n** | **+.00** |
| | **Nationwide A** | | | | | |
| | $ 13.0 bil 800-321-6064 | | | | | |
| A- | Growth | +5 | +11 | +85 | 12.27 | +.00 |
| A- | S&P500Idx | +5 | +10 | +89 | 16.79 | +.00 |
| | **Nationwide Funds Instl** | | | | | |
| | $ 7.8 bil 800-321-6064 | | | | | |
| A | Growth | +5 | +11 | +88 | 12.92n | +.00 |
| A- | MidMktIdx | +3 | +8 | +83 | 18.66n | +.00 |
| A- | S&P500Idx | +5 | +10 | +91 | 16.94n | +.00 |
| | **Nationwide Funds Service** | | | | | |
| | $ 11.2 bil 800-321-6064 | | | | | |
| A- | S&P500Ins | +5 | +10 | +89 | 16.89n | +.00 |
| A- | S&P500Svc | +5 | +10 | +88 | 16.81n | +.00 |
| | **Natixis Funds** | | | | | |
| | $ 66.9 bil 617-449-2100 | | | | | |
| | $ 145 bil 800-525-7048 | | | | | |
| D | ActiveAlloc | +4 | +7 | +49 | 14.83n | - |
| A- | DiscoveryC | +4 | +8 | +78 | 58.06n | - |
| A- | DisMidGrw | +5 | +8 | +81 | 17.36n | + |
| A | GlobalC | +6 | +10 | +67 | 93.56n | - |
| A+ | GlobOppC | +8 | +22 | +147 | 65.28n | + |
| C | IntlGrC | +5 | +7 | +42 | 43.67n | + |
| A+ | IntlSmCoC | +5 | +11 | +118 | 47.76n | - |
| | **Optimum C** | | | | | |
| | $ 6.7 bil 800-914-0278 | | | | | |
| A | LrgCpGrow | +6 | +11 | +88 | 15.16n | - |
| | **Optimum Instl** | | | | | |
| | $ 6.7 bil 800-914-0278 | | | | | |
| A+ | LrgCpGrow | +6 | +11 | +100 | 19.11n | + |
| | **—P—Q—R—** | | | | | |
| | **Payden Funds** | | | | | |
| | $ 6.3 bil 800-572-9336 | | | | | |
| A- | EqIncInvCl | +3 | +8 | +78 | 17.11n | - |
| | **PgimInvest** | | | | | |
| | $ 10.8 bil 973-367-7930 | | | | | |
| **A+** | **SelGwth** | **+8** | **+13** | **+103** | **15.03** | **+.** |
| A+ | SelGwthB | +8 | +13 | +94 | 12.34n | +.0 |
| A+ | SelGwthC | +8 | +13 | +94 | 12.32n | +.0 |
| | **PIMCO A** | | | | | |
| | $ 160 bil 888-877-4626 | | | | | |
| A- | StockPlus | +3 | +6 | +78 | 10.66 | +.0 |
| A- | StocksPLUS | +5 | +10 | +89 | 11.15 | +.0 |
| A- | StocksRet | +5 | +9 | +83 | 11.04 | +.0 |
| | **PIMCO Admin** | | | | | |
| | $ 245 bil 888-877-4626 | | | | | |
| D | IncomeFd | 0 | +1 | +21 | 12.37n | +.0 |
| D | Realpath | +2 | +4 | +12 | 8.37n | -.0 |
| | **PIMCO D** | | | | | |
| | $ 205 bil 888-877-4626 | | | | | |
| D | Income | 0 | +1 | +21 | 12.37n | +.0 |
| A- | StksPlusD | +5 | +9 | +83 | 10.85n | +.0 |
| A- | StockPlus | +3 | +6 | +77 | 10.59n | +.0 |
| | **PIMCO Inst I** | | | | | |
| | $ 209 bil 800-927-4648 | | | | | |
| A+ | StkPlsLgDur | +4 | +12 | +91 | 7.50n | +.0 |
| A- | StockPlus | +3 | +6 | +81 | 10.90n | +.0 |
| A | StocksPlRet | +5 | +10 | +86 | 11.23n | +.0 |
| A | StocksPLUS | +5 | +10 | +93 | 11.99n | +.0 |
| | **PIMCO P** | | | | | |
| | $ 258 bil 888-877-4626 | | | | | |
| D | Income | 0 | +1 | +21 | 12.37n | +.0 |
| A- | StockPlus | +3 | +6 | +80 | 10.81n | +.0 |
| A | StocksPlus | +5 | +10 | +85 | 11.10n | +.0 |
| | **Pioneer** | | | | | |
| | $ 15.1 bil 800-225-6292 | | | | | |
| A- | EqtyInc | +4 | +8 | +82 | 37.71n | -.10 |
| | **Pioneer A** | | | | | |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

ROBERT FORD, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,
Plaintiff,
vs.
NATURAL HEALTH TRENDS CORP., CHRIS T. SHARNG, and TIMOTHY S. DAVIDSON,
Defendants.

No. 2:16-cv-00255-TJH-AFM

**SUMMARY NOTICE OF PROPOSED CLASS ACTION SETTLEMENT**

**To: All persons who purchased Natural Health Trends Corp. ("NHTC") securities between March 6, 2015, and March 15, 2016, inclusive, and were damaged thereby (the "Settlement Class").**

A hearing will be held at 10:00 a.m. on April 2, 2018, before the Honorable Terry J. Hatter, Jr. at the United States District Court for the Central District of California, Western Division, 350 W. 1st Street, Los Angeles, CA 90012, to determine whether (1) the proposed Settlement of the action titled *Ford v. Natural Health Trends Corp. et al.*, Case No. 2:16-cv-00255-TJH-AFM (the "Action"), for the sum of $1,750,000 should be approved by the Court as fair, reasonable, and adequate; (2) the Court should approve the Plan of Allocation of Settlement proceeds as fair, reasonable, and adequate; (3) Co-Lead Counsel should be awarded $437,500 in attorneys' fees (25% of the $1,750,000 settlement amount) and reimbursed for up to $35,000 of litigation expenses, and Plaintiffs should be awarded up to $3,000, each; and (4) the Court should enter the Judgment dismissing the Action with prejudice. The Court may change the hearing date without further notice to the Class.

If you purchased NHTC securities between March 6, 2015, and March 15, 2016, inclusive, your rights may be affected by this Settlement. If you have not received a detailed Notice of Proposed Class Action Settlement (the "Notice") and a copy of the Proof of Claim and Release form, you may obtain them free of charge at the Claims Administrator's website, www.strategicclaims.net, or by contacting the Claims Administrator by toll free phone at 866-274-4004 or by mail at In re Natural Health Trends Corp. Sec. Litig., c/o Strategic Claims Services, 600 North Jackson Street – Suite 3, Media, PA 19063.

If you are a Settlement Class Member and wish to share in the Settlement proceeds, you must complete and submit a Proof of Claim and Release form to the Claims Administrator, postmarked no later than May 12, 2018, establishing that you are entitled to recovery. If you fail to submit a valid Proof of Claim and Release by this deadline in accordance with the instructions in the form, you will not recover from the Net Settlement Fund, but you will nevertheless be bound by the Settlement and releases provided for therein and by the Court's Judgment dismissing the Action with prejudice.

If you are a Settlement Class Member and wish to object to any aspect of the Settlement, the Plan of Allocation, or Co-Lead Counsel's Fee and Expense Application, you must submit your written objection in the manner set forth in the Notice no later than March 12, 2018. Only Settlement Class Members who have submitted valid and timely written objections and provided notice of their intent to appear in accordance with the instructions in the Notice will be entitled to be heard at the hearing on April 2, 2018.

Notwithstanding any objection you may submit, you will be bound by the Settlement and releases provided for therein and by the Court's Judgment dismissing the Action unless you request to be excluded from the Settlement Class. To request exclusion, you must submit a written request in the manner set forth in the Notice no later than March 12, 2018 to the Claims Administrator. If you submit a timely and valid request to be excluded from the Settlement Class, you will not be required to waive or release any claims against Defendants, you will not receive any payment or other benefit in the Settlement, and you will not be bound by the Settlement or any other order or Judgment that may be entered by the Court.

Inquiries, other than requests for the Notice, may be made to Co-Lead Counsel for the Class at Nicholas I. Porritt, Esq., Levi & Korsinsky, LLP, 1101 30th Street NW, Suite 115, Washington, D.C. 20007.

**PLEASE DO NOT CONTACT THE COURT, THE CLERK'S OFFICE, DEFENDANTS, OR THEIR COUNSEL REGARDING THIS NOTICE**

DATED: JANUARY 4, 2018

BY ORDER OF THE COURT

# IPO Filings

**Company**

**Armo Biosciences Inc**
Redwood City, CA. Deve

**Solid Biosciences LLC**
Cambridge, MA. Develo

**Restorbio Inc**
Boston, MA. Develops a

**Menlo Therapeutics In**
Redwood City, CA. Enga

**Gates Industrial Corp**
Denver, Colorado. Man

**Pagseguro Digital Cl A**
Brazil. Brazil-based co

**Playags Inc**
Las Vegas, NV. Designs

**Eyenovia Inc**
New York, NY. Develops

**One Stop Systems Inc**
Escondido, California. D

**Entera Bio Ltd**
Israel. Develops and co

**Workspace Property Tr**
Horsham, PA. REIT that

**Josephine Bravata**

**From:** donotreply@globenewswire.com
**Sent:** Monday, January 22, 2018 9:00 AM
**To:** jbravata@strategicclaims.net
**Subject:** GlobeNewswire Release Distribution Confirmation: Levi & Korsinsky, LLP



# Release Distribution Confirmation

**Levi & Korsinsky, LLP and The Rosen Law Firm, P.A. Announce Proposed Class Action Settlement on Behalf of Purchasers of Securities of Natural Health Trends Corp. -- NHTC**

*Cross time: 2018-01-22 09:00:00 AM ET: Eastern Time - View release on GlobeNewswire.com*

This email message serves as a formal confirmation that your release was transmitted on GlobeNewswire's distribution network as requested, including any fax or email broadcasts.

If you have any questions, comments or concerns, please reply to this message, contact your account manager, or call our Customer Service Center at 800-307-6627, or 310-642-6930

This message was distributed by Nasdaq's GlobeNewswire.

165 Broadway, New York, NY, 10006, USA, +1.212.401.8700, www.nasdaq.com

You received this email because you have an account with GlobeNewswire.

If you have any questions, please send an email to support@globenewswire.com or Contact Us

1