LEVI & KORSINSKY, LLP
Adam M. Apton
445 South Figueroa Street, 31st Floor
Los Angeles, California 90071
Telephone: (213) 985-7290
Email: aapton@zlk.com

*Attorneys for Lead Plaintiffs
and Lead Counsel for Class*

[Additional counsel on signature page]

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION**

| | |
|---|---|
| ROBERT FORD, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>vs.<br><br>NATURAL HEALTH TRENDS CORP., CHRIS T. SHARNG, and TIMOTHY S. DAVIDSON,<br><br>Defendants. | Case No. 2:16-cv-00255-TJH-AFM<br><br>**CLASS ACTION**<br><br>**REPLY IN FURTHER SUPPORT OF MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION, AND AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND AWARD TO PLAINTIFFS**<br><br>Date: April 2, 2018<br>Time: 10:00 a.m.<br>Room: Courtroom 9B<br>Judge: Hon. Terry J. Hatter, Jr.<br>Action filed: January 12, 2016 |

REPLY IN FURTHER SUPPORT OF MOTIONS FOR FINAL APPROVAL OF SETTLEMENT
AND AWARD OF ATTORNEYS' FEES
Case No. 2:16-cv-00255-TJH-AFM

Plaintiffs respectfully submit this reply in further support of their Notice of Motion and Motion for Final Approval of Class Action Settlement and Plan of Allocation and Notice of Motion and Motion for Award of Attorneys' Fees, Reimbursement of Expenses and Award to Plaintiffs filed on July 24, 2017. (Dkt. Nos. 100, 101).

## I.     Preliminary Statement

Over 23,000 copies of the notice have been mailed to potential class members—which include sophisticated institutional and professional investors. *See* Supplemental Declaration of Josephine Bravata Concerning the Mailing of the Notice and Claim Form, Requests for Exclusion, and Objections (the "Supplemental Bravata Dec."), ¶3, filed herewith. The Summary Notice was published in *Investor's Business Daily* and on-line through *GlobeNewswire*. *Id.*

<u>Exclusions</u>: In response to this extensive notice program, only two valid request for exclusion has been received. *Id.* at ¶4. The deadline to seek exclusion was March 12, 2018. *Id*. Attached as Exhibit A to the Supplemental Bravata Decl. are the two valid requests for exclusion. The total recognized losses from these two requests is $12,915.80. *Id.*

<u>Objections</u>: There have been no objections to the Settlement or to Lead Counsel's motion for attorneys' fees and expenses and application for awards to Plaintiffs. *Id.* at ¶5. The deadline to object to the Settlement was March 12, 2018. *Id*.

## II.    The Reaction of the Class Overwhelmingly Supports Final Approval of the Settlement and Requested Fees and Expenses

Given these facts, the reaction of the Settlement Class supports final approval and the requested fees and expenses. *See In re Mego Financial Corp. Sec. Litig.*, 213 F.3d 454, 459 (9th Cir. 2000) (district court did not err in approving a settlement where there was a handful of objectors and one opt-out in a 5,400 member class); *Maher v. Zapata Corp.*, 714 F.2d 436, 456 (5th Cir. 1983) (holding

that the "minimal nature of shareholder objection" favors approval of settlement); *Quintanilla v. A & R Demolition Inc.*, 2008 WL 9410399, at *5 (S.D. Tex. May 7, 2008) ("If only a small number of objections are received, that fact can be viewed as indicative of the adequacy of the settlement.") (quoting *Wal–Mart Stores, Inc. v. VISA U.S.A., Inc.*, 396 F.3d 96, 118 (2d Cir.2005); *Petrovic v. AMOCO Oil Co.*. 200 F.3d 1140, 1152 (8th Cir. 1999) (approving settlement where "fewer than 4 percent of the class members objected to the settlement"); *Stoetzner v. U.S. Steel Corp.*, 897 F.2d 115, 118-19 (3d Cir. 1990) (Twenty-nine objections out of 281 class members "strongly favors settlement").

### III. <u>Conclusion</u>

For all of the foregoing reasons, Plaintiffs respectfully request that the Court give final approval to the Settlement and grant the motion for award of attorneys' fees and reimbursement of expenses and awards to Plaintiffs.

| | | |
|---|---|---|
| 1 | Dated: March 26, 2018 | LEVI & KORSINSKY, LLP |
| 2 | | |
| 3 | | By: /s/ Adam M. Apton |
| | | Adam M. Apton (316506) |
| 4 | | Email: *aapton@zlk.com* |
| 5 | | 445 South Figueroa Street, 31st Floor |
| | | Los Angeles CA 90071 |
| 6 | | Tel: (213) 985-7290 |
| 7 | | Fax: (202) 333-2121 |
| 8 | | |
| | | Nicholas I. Porritt (admitted *pro hac vice*) |
| 9 | | 1101 30th Street NW, Suite 115 |
| 10 | | Washington, DC 20007 |
| | | Tel: (202) 524-4290 |
| 11 | | Fax: (202) 337-1567 |
| 12 | | Email: nporritt@zlk.com |
| 13 | | THE ROSEN LAW FIRM, P.A. |
| 14 | | Laurence M. Rosen (SBN 219683) |
| | | 355 South Grand Avenue, Suite 2450 |
| 15 | | Los Angeles, CA 90071 |
| 16 | | Telephone: (213) 785-2610 |
| | | Facsimile: (213) 226-4684 |
| 17 | | Email: lrosen@rosenlegal.com |
| 18 | | |
| 19 | | *Co-Lead Counsel for Plaintiffs* |

# CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail notice list. I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

　　　　　　　　　　　　　　　　　　　　　　　　 */s/ Adam M. Apton*
　　　　　　　　　　　　　　　　　　　　　　　　Adam M. Apton