# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| ROBERT FORD, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>vs.<br><br>NATURAL HEALTH TRENDS CORP., CHRIS T. SHARNG, and TIMOTHY S. DAVIDSON,<br><br>Defendants. | Case No. 2:16-cv-00255-TJH-AFM<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND INCENTIVE AWARDS** [101]<br><br>**Date:  April 2, 2018**<br>**Time: 10:00 a.m.**<br>**Room: Courtroom 9B**<br>**Judge: Hon. Terry J. Hatter, Jr.** |

1       Having read and considered the papers filed and arguments made by
2   counsel, and good cause appearing,

3       IT IS HEREBY ORDERED AS FOLLOWS:

4       1.      The Court hereby awards Co-Lead Counsel fees for the class action
5   settlement in the amount of $437,500 (25% of the class Settlement Amount).

6       2.      The Court awards Plaintiff's Counsel reimbursement of costs in the
7   amount of $35,000, which shall be paid from the Settlement Amount in accordance
8   with the terms of the Stipulation of Settlement.

9       3.      The Court awards Plaintiffs Wang Juan, Manh Dao, Abolghassem
10  Tehrani, and Tony A. Tran an incentive award in the amount of $3,000 each to be
11  paid from the Settlement Amount.

12      IT IS SO ORDERED.

13  DATED: April 2, 2018     _____
14                          THE HONORABLE TERRY J. HATTER, JR.
15                          UNITED STATES DISTRICT COURT JUDGE